# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UPPER DECK COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>PIXELS.COM, LLC,<br><br>    Defendant. | Case No. 24-cv-00923-BAS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO FILE FIRST AMENDED COMPLAINT (ECF No. 21)** |

Presently before the Court is parties' joint motion to grant Plaintiff leave to file a First Amended Complaint against Defendant Pixels.com, LLC. (ECF No. 21.)

"In general, a court should liberally allow a party to amend its pleading." *Sonoma Cty. Ass'n of Retired Emps. v. Sonoma Cty.*, 708 F.3d 1109, 1117 (9th Cir. 2013) (citing Fed. R. Civ. P. 15(a)); *see also Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) ("A district court shall grant leave to amend freely when justice so requires.'"). Further, a party may amend its pleading without a court order where the opposing party consents in writing. Fed. R. Civ. P. 15(a)(2).

Here, considering (i) the broad policy favoring amendments to pleadings and (ii) the parties' joint motion, which indicates Defendant's consent to the amendment, the Court **GRANTS** the joint motion for leave to file a First Amended Complaint. (ECF No. 21.)

Plaintiff shall file its First Amended Complaint on or before **October 7, 2024**.  Defendant shall file a responsive pleading on or before **October 21, 2024**.

    **IT IS SO ORDERED.**

**DATED: September 30, 2024**

Hon. Cynthia Bashant
United States District Judge